Exhibit 1



US008098153B2

(12) **United States Patent**
Kraus et al.

(10) Patent No.: **US 8,098,153 B2**
(45) Date of Patent: **Jan. 17, 2012**

(54) **SYSTEM AND METHOD OF PROVIDING EMERGENCY RESPONSE TO A USER CARRYING A USER DEVICE**

(76) Inventors: **Mark W. Kraus**, Bloomfield Hills, MI (US); **Paul G. Toenjes**, Grosse Pointe Woods, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 885 days.

(21) Appl. No.: **11/981,463**

(22) Filed: **Oct. 31, 2007**

(65) **Prior Publication Data**

US 2008/0063152 A1     Mar. 13, 2008

**Related U.S. Application Data**

(63) Continuation of application No. 11/469,714, filed on Sep. 1, 2006, now abandoned, which is a continuation of application No. 10/896,289, filed on Jul. 21, 2004, now Pat. No. 7,126,472.

(60) Provisional application No. 60/489,022, filed on Jul. 22, 2003.

(51) **Int. Cl.**
*G08B 1/08*          (2006.01)

(52) **U.S. Cl.** .............. 340/539.18; 340/539.11; 340/502; 340/286.02

(58) **Field of Classification Search** ............... 340/539.1, 340/539.11–539.14, 539.16, 539.18, 539.19, 340/539.22, 502, 286.02; 370/329, 349; 455/404.1; 709/224
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,091,930 A | 2/1992 | Shapiro | 379/39 |
| 5,333,171 A | 7/1994 | Wang et al. | 379/37 |
| 5,416,695 A | 5/1995 | Stutman et al. | 364/413.02 |
| 5,461,365 A | 10/1995 | Schlager et al. | 340/573 |
| 5,554,993 A | 9/1996 | Brickell | 342/357 |
| 5,629,678 A | 5/1997 | Gargano et al. | 340/573 |
| 5,808,564 A | 9/1998 | Simms et al. | 340/990 |
| 5,815,503 A | 9/1998 | Li | 370/471 |
| 5,838,237 A | 11/1998 | Revell et al. | 340/573 |

(Continued)

FOREIGN PATENT DOCUMENTS

KR          2002029996 A          4/2002

(Continued)

OTHER PUBLICATIONS

Book excerpt entitled "Internet Protocols," Internetworking Technology Overview, pp. 30/1-30/16, Jun. 1999.

(Continued)

*Primary Examiner* — Van T. Trieu
(74) *Attorney, Agent, or Firm* — Dickinson Wright PLLC; Harold W. Milton, Jr.

(57) **ABSTRACT**

The subject invention provides a system and method of providing emergency response to a user carrying a user device (32). The method establishes a monitoring database (34) including identifications for a plurality of user devices (32) and user information associated with each of the user devices (32). An internet protocol (IP) address is established for the monitoring database (34) and for each user device (32). The monitoring database (34) includes contacts to be contacted in an emergency for each user of each user device (32) and receives priority information for notifying the contacts. Communication is established between one of the user devices (32) and the monitoring database (34) and the monitoring database (34) automatically processes the priority information to notify the contact using either internet protocols or public-switched telephone networks.

**18 Claims, 21 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,852,468 A | 12/1998 | Okada | 348/272 |
| 6,014,080 A | 1/2000 | Layson, Jr. | 340/573.1 |
| 6,100,806 A | 8/2000 | Gaukel | 340/573.4 |
| 6,201,856 B1 | 3/2001 | Orwick et al. | 379/40 |
| 6,259,399 B1 | 7/2001 | Krasner | 342/357.06 |
| 6,259,695 B1 | 7/2001 | Ofek | 370/389 |
| 6,262,666 B1 | 7/2001 | Lodichand | 340/573.1 |
| 6,263,280 B1 | 7/2001 | Stingone, Jr. | 701/213 |
| 6,362,778 B2 | 3/2002 | Neher | 342/357.07 |
| 6,363,247 B1 | 3/2002 | Gum | 455/404 |
| 6,388,612 B1 | 5/2002 | Neher | 342/357.07 |
| 6,405,049 B2 | 6/2002 | Herrod et al. | 455/517 |
| 6,504,908 B1 | 1/2003 | Bellomo et al. | 379/38 |
| 6,512,456 B1 | 1/2003 | Taylor, Jr. | 340/573.1 |
| 6,515,985 B2 | 2/2003 | Shmulevich et al. | 370/356 |
| 6,519,466 B2 | 2/2003 | Pande et al. | 455/456 |
| 6,529,500 B1 | 3/2003 | Pandharipande | 370/352 |
| 6,559,620 B2 | 5/2003 | Zhou et al. | 320/101 |
| 6,574,480 B1 | 6/2003 | Foladare et al. | 455/458 |
| 6,611,516 B1 | 8/2003 | Pirkola et al. | 370/352 |
| 6,678,357 B2 | 1/2004 | Stumer et al. | 379/45 |
| 6,763,226 B1 | 7/2004 | McZeal, Jr. | 455/90.2 |
| 6,807,564 B1 | 10/2004 | Zellner et al. | 709/206 |
| 6,965,868 B1 | 11/2005 | Bednarek | 705/9 |

| | | | |
|---|---|---|---|
| 7,212,506 B2 * | 5/2007 | Varney et al. | 370/329 |
| 7,486,638 B2 * | 2/2009 | Ofuji et al. | 370/329 |
| 2001/0026223 A1 | 10/2001 | Menard et al. | 340/573.1 |
| 2002/0085538 A1 | 7/2002 | Leung | 370/352 |
| 2003/0179743 A1 | 9/2003 | Bosik et al. | 370/352 |
| 2004/0203563 A1 * | 10/2004 | Menard | 455/404.1 |

## FOREIGN PATENT DOCUMENTS

| WO | WO 01/06744 A1 | 1/2001 |
|---|---|---|
| WO | WO 01/76276 A2 | 10/2001 |

## OTHER PUBLICATIONS

Publication entitled "Network and Acoustic Echo Issues in Voice-Over-Packet Telephony Systems," by Patrik Sorqvist and Lester Ngia of Global IP Sound, Inc., pp. 1-22, (2002).

Publication entitled "Defining the Space: VoIP, IP Technology and Convergence," by Avaya, Inc., Oct. 2003.

Web Site www.digitalangel.net, by Digital Angel Corporation, 12 pages, (2003).

International Search Report of PCT Appln PCT/US04/23493 dated Dec. 15, 2004.

* cited by examiner

**FIG - 1**



Case 2:24-cv-00805-JRG-RSP   Document 1-1   Filed 10/04/24   Page 5 of 32 PageID #: 10



FIG - 2

Case 2:24-cv-00805-JRG-RSP   Document 1-1   Filed 10/04/24   Page 6 of 32 PageID #: 11

# FIG - 3A



## FIG - 3B



Case 2:24-cv-00805-JRG-RSP  Document 1-1  Filed 10/04/24  Page 8 of 32 PageID #: 13

## FIG - 4



Case 2:24-cv-00805-JRG-RSP   Document 1-1   Filed 10/04/24   Page 9 of 32 PageID #: 14



FIG - 5

FIG - 6

Case 2:24-cv-00605-JRG-RSP   Document 1-1   Filed 10/04/24   Page 10 of 32 PageID #: 15



**FIG - 7A**

**FIG - 7B**

Case 2:24-cv-00805-JRG-RSP   Document 1-1   Filed 10/04/24   Page 11 of 32 PageID #: 16



**FIG - 8**

Case 2:24-cv-00605-JRG-RSP Document 1-1 Filed 10/04/24 Page 12 of 32 PageID #: 17



FIG - 9

Case 2:24-cv-00605-JRG-RSP   Document 1-1   Filed 10/04/24   Page 13 of 32 PageID #:  18

# FIG - 10



Case 2:24-cv-00605-JRG-RSP Document 1-1 Filed 10/04/24 Page 14 of 32 PageID #: 19

# FIG - 11





**FIG - 12**

Case 2:24-cv-00805-JRG-RSP  Document 1-1  Filed 10/04/24  Page 16 of 32 PageID #: 21



**FIG - 13**

Case 2:24-cv-00805-JRG-RSP  Document 1-1  Filed 10/04/24  Page 17 of 32 PageID #: 22

# FIG - 14



# FIG - 15



Case 2:24-cv-00605-JRG-RSP   Document 1-1   Filed 10/04/24   Page 19 of 32 PageID #: 24

# FIG - 16



# FIG - 17



Case 2:24-cv-00805-JRG-RSP   Document 1-1   Filed 10/04/24   Page 21 of 32 PageID #: 26



FIG - 18



**FIG - 19**

Case 2:24-cv-00605-JRG-RSP   Document 1-1   Filed 10/04/24   Page 23 of 32 PageID #: 28

# FIG - 20



**FIG - 21**



US 8,098,153 B2

1

# SYSTEM AND METHOD OF PROVIDING EMERGENCY RESPONSE TO A USER CARRYING A USER DEVICE

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/469,714, filed Sep. 1, 2006, now abandoned and entitled "System and Method of Providing Emergency Response to a User Carrying a User Device," which is a continuation of U.S. patent application Ser. No. 10/896,289, filed Jul. 21, 2004, now U.S. Pat. No. 7,126,472, which claims priority to U.S. Provisional Patent Application No. 60/489, 022, filed Jul. 22, 2003.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The subject invention relates to a method of providing emergency response to a user carrying a user device and more specifically to establishing communication between the user device and a monitoring database over the Internet to provide such responses.

### 2. Description of the Related Art

Various related art methods and devices are known for providing emergency response to a user and for monitoring the user. One such method connects a device to the public switched telephone network (PSTN) and the device acts as a speakerphone. If the user encounters an emergency or incident at a distance far from the speakerphone, the user is not able to communicate the nature of the emergency to a human advisor. When the emergency is unknown, emergency personnel, such as police officers, may be called to respond, when such a response is not required. Therefore, the user will not activate their system for fear of being unable to communicate the nature of the emergency effectively and being embarrassed when emergency personnel arrive. Another limitation of the related art device is that the user cannot receive assistance if the user is not inside the home or is too far away to activate the device.

Another related art monitoring system is disclosed in U.S. Pat. No. 6,512,456. The '456 patent discloses a mobile monitoring system that includes an oversight authority and a user device to monitor bodily function information for the user. The information is transmitted from the user device to the oversight authority. The oversight authority may then notify friends and family as necessary depending upon the information obtained from the user. The information may also include the position of the user based upon global positioning coordinates. The user device communicates the information to a receiving tower that is coupled to the oversight authority. However, the '456 patent does not establish communication between the oversight authority and the user device using the Internet and does not utilize voice-over internet protocols to transmit the information or establish communication.

Other related art systems track users using global positioning systems (GPS) and monitor the user's location. These systems transmit the information to various contacts so that the contacts are able to track the user. Additionally, voice-over internet protocol (VoIP) is increasingly being used for communication over the Internet instead of using the PSTN. However, no related art systems combine monitoring and tracking of the user with the user being able to notify contacts of emergency or incidents by establishing communication over the Internet.

2

Accordingly, the related art methods are characterized by one or more inadequacies. It would be advantageous to provide a system and user device that overcomes the inadequacies described above.

## BRIEF SUMMARY OF THE INVENTION AND ADVANTAGES

The subject invention provides a system and method of providing emergency response to a user carrying a user device. The method establishes a monitoring database including identifications for a plurality of user devices and user information associated with each of the user devices. The monitoring database includes contacts to be contacted in an emergency for each user of each user device and receives priority information for the contacts and methods of notifying the contacts. An internet protocol (IP) address is established for the monitoring database and for each user device. Communication is established between one of the user devices and the monitoring database and the priority information is retrieved. The monitoring database automatically process the priority information to notify the contact of the emergency using either internet protocols or public-switched telephone networks.

The subject invention overcomes the inadequacies that characterize the related art systems. The subject invention allows the user to establish communication using internet protocols directly through the user device with the contact over the Internet. So long as the device is within arms reach, the user requests immediate assistance by notifying the monitoring database and the monitoring database assess the emergency and alert the contacts or emergency personnel.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

Other advantages of the present invention will be readily appreciated as the same becomes better understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:

FIG. **1** is a graphical representation of an emergency alert system having a user device and a monitoring database communicating via the Internet;

FIG. **2** is another graphical representation of the emergency alert system shown in FIG. **1**;

FIG. **3**A is a schematic view of the user device;

FIG. **3**B is another schematic view of the user device;

FIG. **4** is an exploded view of one embodiment of the user device;

FIG. **5** is a side view of another embodiment of the user device;

FIG. **6** is a front view of yet another embodiment of the user device;

FIG. **7**A is a side view of a cradle for communicating with the user device;

FIG. **7**B is a top down view of the cradle;

FIG. **8** is a flowchart illustrating a method of providing emergency response to the user carrying the user device;

FIG. **9** is a flowchart illustrating the user device connecting with the monitoring database.

FIG. **10** is a flowchart illustrating the connection of the user device to the monitoring database and setting the connection status on the user device;

FIG. **11** is a flowchart illustrating an incident inquiry between the user device and the monitoring database in a given incident;

US 8,098,153 B2

3

4

FIG. **12** is a flowchart illustrating the selection of the user device in response to the user activating the user device;

FIG. **13** is a flowchart illustrating the notification of the contacts by the monitoring database;

FIG. **14** is a flowchart illustrating the monitoring database notifying the contacts via a telephone;

FIG. **15** is a flowchart illustrating the monitoring database notifying the contacts via email or SMS messaging;

FIG. **16** is a flowchart illustrating the acceptance of the contacts after being notified;

FIG. **17** is a flowchart illustrating the notification of the user of the incident being covered by one of the contacts;

FIG. **18** is a flowchart illustrating the contact directly contacting the monitoring database to inquire about an incident;

FIG. **19** is a flowchart illustrating the closure of an incident by the monitoring database;

FIG. **20** is a flowchart illustrating an emergency process which occurs in predetermined incidents; and

FIG. **21** is a flowchart illustrating the use of the user device and the monitoring database to act as a geofence.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to the Figures, wherein like numerals indicate like parts throughout the several views, an emergency alert system is disclosed generally at **30** in FIG. **1**. The emergency alert system **30** includes a user device **32** carried by a user (not shown) and a monitoring database **34**. The user device **32** and the monitoring database **34** communicate via internet protocols (IP) over the Internet **36**. The Internet **36** is illustrated in FIG. **1** as generically cloud-shaped and interconnecting various components. It is to be appreciated that IP includes transmission control protocols (TCP) and any other connectionless, packet switching protocol that may be employed to communicate across the Internet **36**. The preferred internet protocol is TCP/IP, but the subject invention contemplates use with other internet protocols, such as file transfer protocol (FTP). The Internet **36** refers to a system of interconnected networks that connects computers around the world and that communicate via TCP/IP, as understood by those skilled in the art.

Referring to FIGS. **1** and **2**, the system **30** is graphically illustrated connecting the user device **32** and the monitoring database **34** via the Internet **36**. The system **30** includes the user device **32** having a global positioning system (GPS) receiver **38** obtaining coordinates of the user device **32**, a cellular modem **40**, and a radio frequency (RF) module **42**. The user device **32** may also communicate with biometric equipment **44**. The biometric equipment **44** has an RF module **46** that establishes communication through the RF module **42** of the user device **32** via RF signals. The user device **32** may also communicate with a cradle **48**. The cradle **48** has a RF module **50** for communicating via RF signals with the RF module **42** of the user device **32**. The user device **32** is also illustrated as communicating with a cellular network via a cellular tower **52**. The cellular modem **40** of the user device **32** transmits cellular signals to the cellular tower **52** for accessing the cellular network.

Both the cellular network and the cradle **48** are connected to the Internet **36**. Therefore, the user device **32** preferably only communicates with one of the cellular network or the cradle **48** at any given instant. However, there may be times when communicating over both is desirable. Both the cellular modem **40** and the cradle **48** are capable of transmitting signals based on IP and support Voice-over Internet Protocol (VoIP), which will be described in more detail below. The VoIP is shown as thicker linkages in FIG. **1**.

The monitoring database **34** has an IP address and is also connected to the Internet **36** to receive and transmit signals from and to the user device **32**. The monitoring database **34** is preferably a server as understood by those skilled in the art. The monitoring database **34** includes a gateway **54** that is preferably connected to a public switched telephone network (PSTN) **56** for transmitting voice and voice/data servers **58** for transmitting voice and data over the Internet **36**.

The monitoring database **34** includes identifications for a plurality of user devices **32** and user information associated with each of the user devices **32**. The user information includes a list of contacts to be contacted in an emergency for each user of each user device **32**. The contacts may be defined by the user and the list may be accessible through any web-based application to allow the user to update or modify the list. The term contact is interchangeable with the term angel as used in the Figures. Selected contacts may have administrator level access to update and modify the list on behalf of the user, especially when the user is elderly. The list of contacts includes a preferred method of contacting each of the contacts and each contact may have multiple methods of being contacted in successive order. For example, the monitoring database **34** may attempt to notify the contact at a home telephone number, then a work telephone number, then a cellular telephone number, then a pager, and then by email. Additionally, each contact may have specified times that each number is the preferred contact and it may also depend upon the scenario or emergency.

After a predetermined number of attempts to one contact, the monitoring database **34** may then proceed to the next contact and attempt to notify them of the incident or emergency. One advantage of the subject invention is that the monitoring database **34** may notify the contact using either the PSTN **56** or the Internet **36** through the servers **58** using VoIP, short message service (SMS), and the like, for those supported devices, such as the home telephone number, pager, email, etc. In FIG. **1**, the monitoring database **34** is illustrated communicating to the PSTN **56** for transmitting to a landline telephone **60** and to the cellular network to reach a mobile phone **62** or pager **64**. The monitoring database **34** also communicates through the servers **58** for transmitting emails **66** and web based information **68** to the contact. The monitoring database **34** may receive user information and allow user access via the Internet **36**, as well as, partner information, cellular provider information, doctor information, financial institution information, and the like.

The monitoring database **34** may also store user information about the user. The user information may include a home address for the user, telephone, e-mail, user allergies, medical history information, medical treatment information, medical prescription information, and geofence information. Geofence information may include the longitudinal and latitudinal coordinates that the user must remain within. The monitoring database **34** may also store user device **32** information such as, but not limited to, serial number, purchase date, activation date, sales contact, partner information, warranty information, battery life, and/or error reports generated about the user device **32**.

Referring to FIG. **2**, a flowchart illustrates the communication between the biometric equipment **44** and the user device **32** via RF signals. The user device **32** communicates between the cellular network and the cradle **48** via the cellular modem **40** or the RF modules **42**, **50**. The cellular modem **40** may communicate via SMS centers, an internet gateway **54** through the Internet **36**, or a PSTN gateway **54** through the Internet **36** to reach the monitoring database **34**. The cradle **48**

US 8,098,153 B2

5

communicates with the monitoring database **34** via wired networks through to the Internet **36**.

The subject invention may further include the RF module **42** of the user device **32** communicating with biometric equipment **44** attached to the user. The biometric equipment **44** has the RF module **46** communicating via radio frequency signals with the RF module **42** of the user device **32**. In the preferred embodiment, the RF module **42** of the user device **32** and the biometric equipment **44** communicate using Bluetooth® protocols. It is most preferred that all RF communications use Bluetooth® protocols. Those skilled in the art of radio frequency transmission recognize that Bluetooth® is a standard for transmitting radio frequency signals using frequency hopping spread spectrum such that wires are not necessary. However, the subject invention may be used with any RF signals. The biometric data about the user is transmitted via the RF signals from the biometric equipment **44** to the user device **32**. The biometric data may then be transmitted to the monitoring database **34** and stored for compiling medical reports about the user. If the user encounters the incident or emergency, a complete medical history is available for review and the most recent medical condition of the user can be accessed immediately.

The user device **32** is schematically illustrated in FIGS. **3**A and **3**B. FIG. **3**A illustrates a partial exploded schematic view of the user device **32** and FIG. **3**B is a top down schematic view. In a preferred embodiment, the user device **32** has two printed circuit boards carrying and connecting the components, a main board **70** and a secondary board **72**. The main board **70** includes a processor **74** communicating via internet protocols (IP), such as a central processing unit (CPU) having various processing capabilities and a digital signal processor (DSP) **76**. The DSP **76** may be used to generate the digital signals transmitted from the user device **32**. The main board **70** may also include the RF module **42** for communicating with the cradle **48** or the biometric equipment **44**. The user device **32** may include a single RF module or multiple RF modules as is necessary. A speaker **78** and a microphone **80** may also be connected to the main board **70**.

A memory source **82** stores an IP address for the user device **32** and an IP address for the monitoring database **34**. The memory source **82** may include read-only memory (ROM), electrically erasable programmable ROM (EE-PROM), random access memory (RAM), flash, or any other type of memory capable of storing information. Those skilled in the art recognize that the IP addresses are assigned in blocks to service providers. The block of IP addresses are then divided again and assigned by the service providers to their customers. The customers may purchase blocks of IP addresses to assign to their customers, etc. Therefore, the memory source **82** stores the IP addresses that are assigned for both the user device **32** and the monitoring database **34**.

The secondary board **72** may include the GPS receiver **38** and the cellular modem **40**. The user device **32** may also include at least one antenna **84** for transmitting and receiving signals from the user device **32** from either the main board **70** or the secondary board **72**. The antenna **84** is in communication with at least one of the GPS receiver **38**, the RF module **42**, and the cellular modem **40**. In FIG. **3**A, the subject invention is illustrated as having a plurality of antennas: a GPS antenna **86**, a cellular antenna **88**, and two RF antennas **90**, **92**. The GPS receiver **38** is in communication with the processor **74** and retrieves global positioning coordinates from various satellites to determine the longitudinal and latitudinal coordinates of the user device **32** as understood by those skilled in

6

the art. The global positioning coordinates may then be stored in the memory source **82** or transmitted to the monitoring database **34**.

The RF module **42** communicates with the processor **74** for transmitting and receiving RF signals between equipment as will be described more below. The cellular modem **40** is in communication with the processor **74** for establishing the cellular connection to transmit signals over the cellular connection. The speaker **78** and the microphone **80** play and transmit sounds or audio communications through and over the user device **32**.

The user device **32** may further include a user input **94** for activating the user device **32**. Preferably, the user input **94** is at least one push button **124**, or keypad, on a face of the device and may include multiple push buttons **124**. There may be one push button **124** to activate the device and another push button **124** to cancel the activation of the device. Alternatively, the same push button **124** may be used to activate and de-activate the user device **32**.

A power supply **96** provides power to the user device **32** to power each of the components as necessary. For example, the power supply **96** may provide power to the processor **74** and the memory source **82** and the other components may draw power from the processor **74**. Alternatively, each of the components may connect with the power supply **96**.

Referring to FIG. **3**B, the CPU is illustrated in more detail. The CPU includes a telephony interface **98** having code for completing various call processing **100**. The preferred standard for call processing **100** is H.323, but other standards may be used with the subject invention. The call processing **100** may be connected to the user input **94** for activating the device and initiating calls. The CPU also has a stack interface **102** that includes protocols for communicating with the cellular network and for generating the digital signals in internet protocols, such as user datagram protocol (UDP), point-to-point protocol (PPP), TCP, and IP. Auxiliary data is also processed by the CPU including GPS coordinates, biometric equipment data, and control information.

The telephone interface and the stack interface **102** of the CPU are connected to the DSP **76** for also generating the IP signals as understood by those skilled in the art. The DSP **76** has a VoIP stack **104** for communicating voice over the Internet **36**. The VoIP stack **104** may include echo cancellation **106**, automatic gain control (AGC) **108**, and packet encapsulation **110**. In the preferred embodiment, the VoIP operates using voice codecs G.723 and G.729; however, other codecs may be used with the subject invention.

The microphone **80** and the speaker **78** interface with the VoIP stack **104** to record and transmit voice using VoIP across the Internet **36**. The digital signal from the user device **32** includes packets of information, such as audio and data packets. Both types of packets are transmitted between the monitoring database **34** and the user device **32**. Those skilled in the art recognize that in order to utilize internet protocols, the digital signal must travel in packets. In this manner, the user device **32** may be constantly monitoring the location of the user by way of GPS coordinates and transmitting this information as data packets to the monitoring database **34**. Other data packets that may be transmitted from the monitoring database **34** include medication reminders to alert the user to take medication. Other data may include any information received by the user device **32** from biometric equipment **44**. When the user activates the user device **32** and establishes bidirectional audio communication, the audio packets are transmitted using VoIP.

FIG. **4** is an exploded perspective view of one embodiment of the user device **32**. The user device **32** includes a housing

US 8,098,153 B2

7

112 surrounding the two circuit boards. The housing 112 is preferably formed of plastic, but may be formed of any other durable, lightweight material to be carried by the user. More preferably, the housing 112 is watertight to prevent water from entering the user device 32 and damaging the components within the housing 112. The housing 112 includes a top shell 114 and a bottom shell 116 and is generally oval shaped. The bottom shell 116 has an access 118 for accessing the power supply 96 and a serial interface module 120. This embodiment of the user device 32 includes three light emitting diodes (LED) 122 for alerting the user and three push buttons 124. The push buttons 124 may activate the device, cancel an emergency, or clear the device. Preferably, the GPS receiver 38, the RF module 42, and the cellular modem 40 are disposed within the housing 112 to prevent damage thereto. The power supply 96 is preferably a battery that snap-fits onto or into the housing 112 as understood by those skilled in the art.

FIG. 5 is a side view of another embodiment of the user device 32 being an elongated oval shaped and having a liquid crystal display (LCD) 126 to alert the user in place of the LEDs in FIG. 4. The user device 32 in this embodiment has one push button 124 that may be used to both activate and cancel notifications. An ear bud plug 128 is included for connecting an ear bud in place of the speaker 78. FIG. 6 is a side view of yet another embodiment of the user device 32 shown generally as triangular shaped. The user device 32 has two push buttons 124, one to activate and one to cancel notifications. The user device 32 includes an indicator 130 for alerting of messages on the user device 32 to be played.

Referring to FIGS. 7A and 7B, a schematic view of the cradle 48 is illustrated. The cradle 48 includes a main control unit (MCU) 132 communicating with a microphone 134 and speaker 136, the RF module 50, and a wireline module 138. The RF module 50 communicates with the user device 32 via radio frequency signals. The wireline module 138 is connected to the Internet 36 and may be either a modem 140 for connecting through the PSTN 56 or a network card 142 for connecting through an Ethernet connection (shown in FIG. 1). In the preferred embodiment, the cradle 48 includes both the modem 140 and the network card 142. When the modem 140 is used, the cradle 48 uses the PSTN 56 to access the Internet 36 through a service provider, whereas, when the network card 142 is used, the cradle 48 is directly connected to the Internet 36. These may be accomplished using cable modems or digital subscriber lines (DSL) or any other type of connection to the Internet 36.

The cradle 48 further includes an indicator 144 to alert the user of the status of the cradle 48 and/or the user device 32. The user device 32 is inserted into a device connector 146 for connecting to the cradle 48. When connected, the cradle 48 charges the user device 32 and may allow the user to communicate directly through the cradle 48. The cradle 48 may also include a secondary connector (not shown) for receiving and charging additional power supplies. This ensures that the user will always have a charged power supply 96 available when the user device 32 is not charging in the cradle 48. The device connector 146 may be connected to a module or base 148 for receiving the user device 32. FIG. 7B illustrates a top down view of the cradle 48. A power supply 150 connects to an AC adapter 152 for powering the cradle 48 and for charging the user device 32.

The subject invention also affords a method of providing emergency response to the user carrying the user device 32 and the method is illustrated in a flowchart shown in FIG. 8. The steps in FIG. 8, if indicated, correspond to a more detailed flowchart in the succeeding Figures. The method includes the

8

steps (not shown in FIG. 8) of establishing the monitoring database 34, establishing the internet protocol (IP) address for the monitoring database 34, and establishing the IP address for each user device 32. In step 200, a call is initiated from the user device 32 or the user device 32 is notified by the monitoring database 34. Then, the user device 32 and the monitoring database 34 are connected in step 202. A connection status is set for the user device 32 in step 204.

Once the connection is established between the monitoring database 34 and the user device 32, three different steps may occur. The monitoring database 34 may notify one of the contacts listed for the device (step 206), make an incident inquiry (step 208), or close the incident (step 210). The notifying of the contact may by broken down into at least four different steps to notify the contact. First, the contact may be notified through email or SMS notification in step 212. Alternatively, the contact may be telephoned and communicated with directly in step 214, or an emergency response may be initiated in step 216. When the contact is in direct communication, the contact may accept (step 218) and then the incident is closed (step 220). If the contact did not accept, then the contact may be notified a second time in step 222. The monitoring database 34 also monitors open incidents and closes any that may need to be closed (step 224)

Referring to FIG. 9, a flowchart illustrates the user devices 32 connecting with the monitoring database 34 in step 202. The user device 32 transmits a signal having the device identification to the monitoring database 34 in step 226. The user device 32 waits in step 228 for a response and when the response is successful, the user device 32 opens a line for communication in step 230. The user device 32 then determines if a dial tone is present in step 232. When there is a dial tone, the user device 32 connects through the cradle 48 in step 234. If no dial tone is present, the user device 32 uses cellular connections to connect to the monitoring database 34 in step 236. In order to transmit the digital signal, the user device 32 may detect the presence of either one of the cellular network or the cradle 48. If the cradle 48 is detected, then the digital signal is transmitted via RF signals from the user device 32 to the cradle 48 and over the Internet 36. If the cradle 48 is not detected, then the user device 32 employs the cellular modem 40 to access the cellular network. The digital signal is then transmitted to the cellular network and over the Internet 36. It is to be appreciated that the subject invention may utilize only the cellular modem 40 without attempting to detect the cradle 48. However, the preferred method utilizes both the cellular modem 40 and the cradle 48 because the cellular modem 40 may have poor reception inside of structures or the cellular network coverage may be limited.

The user device 32 will attempt to connect to the monitoring database 34 in step 238 and if the connection is not possible, the user device 32 will alert the user. After connecting with the monitoring database 34, the device information is identified to verify the user in step 240. If the device is not authorized, then the connection is terminated. If it is recognized, then the monitoring database 34 notifies the contacts in step 206.

Either one or both of the selected user device 32 and the contact may be notified depending upon the emergency or incident. For example, if the user activates the user device 32, then the activated user device 32 is selected and the monitoring database 34 then notifies one of the contacts associated with the selected user device 32. Alternatively, if the user is required to take medication at a certain time, the monitoring database 34 selects the user device 32 and notifies the user device 32 which in turn alerts the user to take his medication. In this medication notification example, the monitoring data-

US 8,098,153 B2

9

base **34** may not notify any of the contacts associated with the selected user device **32**. However, if the user does not take his medication, then the emergency may escalate and the monitoring database **34** may then notify the associated contacts. The medication notification will be described in more detail below.

FIG. **10** is a flowchart illustrating the connection of the user device **32** to the monitoring database **34** and setting the connection status on the user device **32** (step **204**). Independent of whether the user information is retrieved from the monitoring database **34**, the monitoring database **34** transmits a flag to the user device **32** in step **242**. If the transmission is successful, then the user device **32** stores the flag. If the flag is found in the monitoring database **34**, then a recording is transmitted to the user device **32** stating that contacts are being notified in step **244**. If the flag is not found, a message is transmitted to the user device **32** stating that the user device **32** is not supported in step **246**. If the monitoring database **34** is unable to send the flag to the user device **32**, the monitoring database **34** will retransmit the flag and then, if unsuccessful, terminate the connection in step **248**.

One contemplated method of notifying the contact transmits a prerecorded message to the contact. The prerecorded message is stored in the monitoring database **34** and is transmitted to the contact associated with the selected user device **32**. The prerecorded messaged may include the type of emergency or incident and the response to be taken by the contact. For example, the contact may be requested to notify the monitoring database **34** that they accept or decline to respond to the emergency. In this manner, the monitoring database **34** monitors the response of the contact and will continue notifying additional contacts until a response is confirmed by one of the contacts. After the contact has accepted and responded, the monitoring database **34** may transmit a response signal to the user device **32** to alert the user. The use of the Internet **36** to connect the user device **32** and the monitoring database **34** is of utmost importance. The use of the Internet **36** reduces the cost of operating and maintaining such a system **30** and allows for a wider variety of applications for the subject invention. Further, the Internet **36** reduces human intervention such that the monitoring database **34** fully automates the notification of contacts. Reducing human intervention further reduces the cost of operating and maintaining the system **30**.

Another advantage of the subject invention is that bidirectional audio communication may be established between the user device **32** and the contact responding utilizing VoIP. Therefore, when the contact is notified, the contact will be in immediate communication with the user through the user device **32**. This is an improvement over related art systems that are connected directly to the PSTN **56**. These related art systems connected to the PSTN **56** act as a speakerphone such that if the user encounters an emergency or incident at a distance far from the speakerphone, the user is not be able to communicate the nature of the emergency to the human advisor. When the emergency is unknown, emergency personnel, such as police officers, may be called to respond, when such a response is not required. Therefore, the user will not activate their system for fear of being unable to communicate the nature of the emergency effectively and being embarrassed when emergency personnel arrive. The subject invention overcomes these problems by allowing the user to establish communication directly through the user device **32** with the contact. So long as the device is within arms reach, the user can be put into immediate contact through the monitoring database **34**.

FIG. **11** is a flowchart illustrating an incident inquiry between the user device **32** with the monitoring database **34** in

10

a given incident (step **208**). The incident, such as low blood pressure or pulse rate, is raised in the monitoring database **34** and is validated against the user information. Alternatively, a timed alert, such as medication alert, may be present in the user information stored in the monitoring database **34**. When the time arises for the timed alert, the monitoring database **34** would select the user device **32** and transmit the digital signal to alert the user. In another embodiment, one of the contacts may access the monitoring database **34** and request the user to notify the contact such that the monitoring database **34** would alert the user by way of the user device **32**. If the incident is valid, an incident identification is obtained (step **250**) and transmitted to the device in step **252**. The user device **32** then plays a status message in response to receiving the incident identification in step **254**.

Referring to FIG. **12**, another flowchart illustrates the selection of the user device **32** by the user activating the user device **32** in step **200**. To activate the user device **32**, the user presses the keypad thereby sending the signal to the monitoring database **34** which would then select the user device **32**. While the user device **32** is notifying the monitoring database **34**, the user device **32** may obtain GPS coordinates in step **256**, clear memory status in step **258**, receive biometric data in step **260**, and check battery power in step **262**. This information can then be transmitted to the monitoring database **34** as needed. Additionally, the user device **32** may indicate to the user that the notification is in progress and will notify the user once the connection to the monitoring database **34** is complete. Once the connection is established with the monitoring database **34** in step **202**, the notifying of the contact begins.

Once the monitoring database **34** receives the alert from the user device **32**, the contacts are notified in step **206**. FIG. **13** is a flowchart illustrating the notification of the contacts. The monitoring database **34** logs the incident in step **264** and obtains the user information and list of contacts in step **266**. The monitoring database **34** may then transmit this information to the contacts via email or SMS notification in step **212**. The monitoring database **34** builds a call list (step **268**) ordering the contact by priority and by method of contacting each one. The contacts are then notified in the order of the call list and by the preferred method in step **214**. The monitoring database **34** monitors the call status until it is accepted by the contact and then closes the caller. If the call is not accepted, then the monitoring database **34** selects the next contact in the call list. This continues until a preselected time by either the user or the monitoring database **34**, when emergency personnel are contacted in step **216**. The emergency personnel may include 911 or local police, fire, and medical personnel if 911 is not available.

FIG. **14** is a flowchart illustrating the monitoring database **34** notifying the contacts via telephone. The monitoring database **34** dials the telephone number associated with the contact in step **220**. If the telephone number is busy, the monitoring database **34** automatically redials. If still no answer, then the call status for the contact is updated (step **272**) and the monitoring database **34** continues to the next contact in step **274**. If the contact answers, then the monitoring database **34** obtains a message and plays it for the contact in step **276**. If the contact accepts, the monitoring database **34** disconnects and notifies the user through the user device **32** of the acceptance in step **218**. The contact may accept by various methods, such as press a certain key or verbally responding to a prompt. The monitoring database **34** will replay the message if the reply from the contact is invalid in step **278**. If the contact does not accept, then the monitoring database **34** confirms the rejection (step **280**), updates the call status (step **282**), and notifies the next listed contact (step **274**). Likewise,

11                                                                 12

if the monitoring database **34** encounters an answering machine, the monitoring database **34** will leave a voice message in step **284**, update the call status in step **282**, and notify the next contact in step **274**.

An alternative method of notifying the contacts via email or SMS messaging (Step **212**) is illustrated in a flowchart shown in FIG. **15**. The monitoring database **34** retrieves the contact information in step **286**. If email is selected, the monitoring database **34** builds an email message (step **288**), transmits it to the contact (step **290**), and updates the call record (step **292**). If SMS is selected, the monitoring database **34** builds a SMS message (step **294**), transmits it to the contact (step **296**), and updates the call record (step **298**).

FIG. **16** is a flowchart illustrating the acceptance of the contacts to handle the incident or emergency. If none of the contacts accepts, emergency personnel may be contact immediately. Once the contacts accept, the call is marked as covered in step **300** and the monitoring database **34** transmits the covered message to the user device **32** in step **302**, and the status of the call is the updated in step **304**. If the call is not covered, the monitoring database **34** transmits one of a support contacted message to the user device **32** (step **306**) or a contact instruction message to the user device **32** (step **308**). The contact is then directly connected to the user device **32** in step **310**. In order to establish the bidirectional communication, the audio from the user is instantaneously recorded, the audio packets are created from the audio, and the audio packets are transmitted to or exchanged with the monitoring database **34**. A similar process converts the contact audio for transmission over the Internet **36** as understood by those skilled in the art. The call is monitored (step **312**) and when it is terminated, the incident is covered (step **220**) and the call status is updated (step **304**).

With reference to FIG. **17**, a flowchart illustrates the notification of the user of the incident being covered in step **220**. The monitoring database **34** obtains a support call ended message (step **314**) and transmits the message to the user device **32** (step **316**). If the user activates the user device **32** in response the message, the call status remains not covered (**318**). However, if the user does not continue to activate the user device **32** and ends the call, then the call is ended and the monitoring database **34** updates the status to resolved in step **320**. If the user does not end the call, the monitoring database **34** waits and transmits a support waiting messages (step **322**) and waits for the user to respond.

The contact may directly contact the monitoring database **34** (step **222**), as illustrated in the flowchart of in FIG. **18**. The contact calls into the monitoring database **34** (step **324**) and inputs information (step **326**), such as the incident number, name, user name, etc. to identify the contact. The monitoring database **34** searches for the incident (step **328**) and obtains the incident record (step **330**). The call is then logged and if the incident is no longer active, the contact is advised of the closed status. If the incident is active and covered, the monitoring database **34** informs the contact accordingly. If the incident is active and uncovered, the user information is obtained, and the contact rejoins the method as illustrated in FIG. **16**.

The incident is closed as illustrated in the flowchart shown in FIG. **19**. The monitoring database **34** contacts the user device **32**, obtains a closure message (step **332**), transmits the message to the user device **32** (step **334**), and waits for the user. If the user requests the incident to be closed, the incident is closed in the monitoring database **34** and the status is updated (step **336**). If the user does not request the incident to close, it remains active in the monitoring database **34** (step **338**). If the user does not respond to the closure message, the monitoring database **34** continues to transmit the message.

When the user does not respond or when the contacts do not respond, an emergency process may be instituted in step **216**. FIG. **20** is a flowchart illustrating the emergency process. The monitoring database **34** retrieves the user information in step **340** and any associated emergency response information. The monitoring database **34** also retrieves GPS coordinates from the user device **32** in step **342**. If the monitoring database **34** is unsuccessful in obtaining the coordinates, the previous coordinates may be used in step **344**. The monitoring database **34** determines if 911 works (step **346**) at the current location and if so, 911 is contacted (step **348**). If 911 does not work, the monitoring database **34** retrieves emergency service numbers for the coordinates in step **350**. The monitoring database **34** transmits the emergency announcement along with the GPS coordinates in step **352**. The 911 operator or emergency personnel are then connected directly to the user device **32** in step **354**. The monitoring database **34** continues to monitor the call until completed. The monitoring database **34** may also offer user information to the 911 operator or the emergency personnel in step **356**.

The user device **32** may also be used as a geofence, as the flowchart in FIG. **21** illustrates. The user may activate the user device **32** to train the user device **32** of the current coordinates in step **358**. Alternatively, the user device **32** may retrieve the coordinates automatically or in response to a request from the monitoring database **34** in step **360**. The GPS receiver **38** would be receiving the global positioning coordinates and the global positioning coordinates would be compared to a predefined boundary for the user device **32**. When the user device **32** exceeds the boundary, the user device **32** would transmit the digital signal to the monitoring database **34** which would then either notify the user device **32** or the contacts associated with the selected user device **32**. The global positioning coordinates may either be compared by the processor **74** in the user device **32** or transmitted back to the monitoring database **34** for comparison. If the comparison occurs at the monitoring database **34**, then the contacts may be immediately contact when the geofence has been breached.

The monitoring database **34** may also determine a status of the user based upon the digital signal received from the user device **32** at the monitoring database **34**. For example, the user device **32** may be in communication with biometric equipment **44**, such that when the blood pressure of the user exceeds a threshold, the user device **32** transmits the digital signal to the monitoring database **34**. The monitoring database **34** may then either notify the contacts or the monitoring database **34** may bypass the list of contacts and contact emergency personnel immediately. The bypassing of the contacts would only likely occur in a predetermined condition, such as, but not limited to, the user losing consciousness or having no heartbeat. These conditions are of a serious nature that medical or trained emergency personnel would be the first to be notified. The subject invention overcomes the inadequacies of the related art since the emergency personnel would not be notified unless the emergency was warranted.

The user device **32** may also record and store a message from the user. The recorded message may be transmitted for storage on the monitoring database **34** or it may remain on the user device **32**. The user device **32** includes a display to alert emergency personnel or contacts of the recorded message. Such a display may include an LED that blinks when a message has been recorded. If the audio is to be played back at the user device **32**, the audio from the user is recorded, audio packets are created from the audio, and then the audio packets are stored on the user device **32** for playback at the user device

13

32. This is particularly useful if the user loses consciousness before emergency personnel or the contact arrives.

The system 30 and the user device 32 are useful for medication notification to manage medications by indicating what to take and when and storing this information in the monitoring database 34. The monitoring database 34 also keeps track of changing medication requirements and different medications at varying levels and time frames. The user or an authorized contact establishes a list of medications that are associated with the user through a web based application. The user or authorized contact may adjust or modify prescriptions, such as if some medication is spilled. Medication information may include details about the medication, dosages and timing such as, but not limited to: identification of the medication and date filled; units of prescription (pills, tsp, patches, etc.); dosage size; dosage timing; pre-dosage comments and warnings; post-dosage comments and warnings; number of refills; number of dosages in prescription or in a refill; prescribing doctor; storage requirements such as refrigerate; expiration date; pharmacy filled by; when first dosage was taken (date, time); remaining dosages; or remaining dosage refill notification.

The monitoring database 34 will generate reports that are viewable over the Internet 36. The reports may include medication reports listing all medications that the user is currently taking, prescribing doctors and issuing pharmacies and virtual pillbox reports listing weekly schedules of when to take what medications. The monitoring database 34 may also generate confirmation reports that list medications and times they should have been taken. The confirmation report will show times that the user confirmed that they actually took the medications as well as highlight any issues that may have occurred at that time. Issues may be items such as delay in confirmation, inability to contact or follow up or contact the user and alerts raised by the monitoring database 34. The monitoring database 34 also generates alert reports identifying issues to be addressed such as prescriptions running low, refills to be obtained, or compliancy issues from the patient. The biometric data gathered from the biometric equipment 44 may also be used in conjunction with the medication notification.

If the user is not responsive or is not able to confirm that they have taken their medications in a reasonable amount of time, an alert will be routed directly to the contacts. When the monitoring database 34 notifies the contact, the contact will be directly connected to the user so they may speak directly with them and resolve the issue. All information gathered and communicated to and from the monitoring database 34 is accessed over a secured Internet 36 connection.

To notify and remind the user to take the medication, the monitoring database 34 transmits the reminder the user device 32. The notification may represent one or more medications that are to be taken and will be in the form of a recorded voice message. The user has the ability to replay this message, obtain details about the medications to be taken at this time, raise an alert, or to confirm they understand and will take the medications. If the user wants to know the details of what should be taken at this time and any information, the user will activate the user device 32 to play the medication instructions. The instructions are sent from the monitoring database 34 to the user device 32. After the information is presented, the user will have the option to replay the information, confirm and close the notification, or raise an alert.

After taking the medication, the user selects the confirmation option by activating the user device 32. The activation cancels the reminder and a notice is sent to the monitoring database 34 that the medication was taken. If no action is

14

taken by the user, an alert is automatically raised. Alternatively, the user may raise the alert and be placed in direct voice communications with one of the contacts. The medication notification can also be used to notify the user to refill the medication and also for monitoring by the prescribing doctor.

While the invention has been described with reference to an exemplary embodiment, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the scope of the invention. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the invention without departing from the essential scope thereof. Therefore, it is intended that the invention not be limited to the particular embodiment disclosed as the best mode contemplated for carrying out this invention, but that the invention will include all embodiments falling within the scope of the appended claims. In addition, the reference numerals in the claims are merely for convenience and are not to be read in any way as limiting.

What is claimed is:

1. A method of providing emergency response to a user carrying a user device (32), said method comprising the steps of:

establishing a monitoring database (34) including an identification for a user device (32);

storing in the monitoring database (34) a plurality of contacts to be contacted in response to the monitoring database (34) receiving an alert from the user device (32) and a plurality of contact methods;

arranging the contacts and contact methods in a priority order determined by the user;

establishing an internet protocol (IP) address for the monitoring database (34);

establishing an IP address for the user device (32);

establishing communication over the Internet (36) between the monitoring database (34) and one of the user devices (32);

transmitting an alert from the user device (32) to the monitoring database (34);

automatically establishing communication with one of the contacts through one of the contact methods according to the priority order upon receipt of the alert to notify at least one of the contacts of the emergency through the monitoring database (34) using one of internet protocols and public-switched telephone networks;

receiving one of an accepted and a not accepted and an unresponsive response electrically with the monitoring database (34) from the contact; and

automatically establishing communication with another contact according to the priority order with the monitoring database (34) until the monitoring database receives an accepted response.

2. A method as set forth in claim 1 wherein the step of establishing communication over the Internet (36) between the monitoring database (34) and one of the user devices (32) is further defined as using voice-over internet protocols.

3. A method as set forth in claim 1 further comprising the step of bypassing the priority information and contacting emergency personnel in response to a predetermined condition being received by the monitoring database (34).

4. A method as set forth in claim 1 further comprising the step of notifying the contact via at least one of internet protocols or public switched telephone networks as indicated in the priority information.

5. A method as set forth in claim 1 further comprising the step of establishing bidirectional audio communication

between the monitoring database (**34**) and the user device (**32**) utilizing voice-over internet protocols.

**6**. A method as set forth in claim **1** further comprising the step of transmitting a message recorded by the user from the monitoring database (**34**) and storing the message on the user device (**32**) for playback by emergency personnel.

**7**. A method as set forth in claim **1** further comprising the step of transmitting medication reminders from the monitoring database (**34**) to alert the user to take medication.

**8**. A method as set forth in claim **1** further comprising the step of electronically receiving biometric data about the user with the monitoring database (**34**) from biometric equipment (**44**) communicating with the user device (**32**).

**9**. A method as set forth in claim **8** further comprising the step of storing the biometric data in the monitoring database (**34**) for compiling medical reports about the user.

**10**. A method as set forth in claim **8** wherein the step of automatically processing the priority information is in response to receiving the biometric data from the biometric equipment (**44**).

**11**. An emergency alert system (**30**) comprising:

a user device (**32**) for being carried by a user including a housing (**112**) and a processor (**74**) for communicating via internet protocols (IP);

said user device (**32**) including a memory source (**82**) storing an IP address for said user device (**32**) and an IP address for a monitoring database (**34**);

said user device (**32**) including a global positioning system (GPS) receiver (**38**) in communication with said processor (**74**)

said user device (**32**) including a radio frequency (RF) module (**42**) in communication with said processor (**74**) for transmitting and receiving RF signals

said user device (**32**) including a cellular modem (**40**) in communication with said processor (**74**) for establishing a cellular connection;

said user device (**32**) including a speaker (**78**) and a microphone (**80**); and

a monitoring database (**34**) having an IP address and including identifications for a user device (**32**) and user information associated with said user device (**32**) and including a plurality of contacts and contact methods arranged in a priority order for said user device (**32**);

wherein said monitoring database (**34**) automatically establishes communication with one of said contacts through one of said contact methods according to said priority order in response to establishing communication with said user device (**32**) and receiving an alert from said user device (**32**);

wherein said monitoring database (**34**) receives one of an accepted and a not accepted and an unresponsive response electronically to said monitoring database (**34**) from said contact; and

wherein said monitoring database (**34**) automatically establishes communication with another contact according to said priority order until said monitoring database (**34**) receives and accepted response.

**12**. A system as set forth in claim **11** further comprising biometric equipment (**44**) of the user communicating with user device (**32**).

**13**. A system as set forth in claim **12** wherein said monitoring database (**34**) electronically receives biometric data about the user from the biometric equipment (**44**) transmitted from through the user device (**32**).

**14**. A system as set forth in claim **13** wherein said monitoring database (**34**) automatically processes the priority information is in response to receiving the biometric data from the biometric equipment (**44**).

**15**. A system as set forth in claim **11** wherein said user information includes at least one of user address, allergies, medical history information, medical treatment information, and medical prescription information.

**16**. A method of providing emergency response to a user carrying a user device (**32**), said method comprising the steps of:

establishing a monitoring database (**34**) including identifications for a plurality of user devices (**32**) and user information associated with each of the user devices (**32**) including a list of contacts to be contacted in an emergency and methods of notifying the contacts for each user of each user device (**32**);

establishing an internet protocol (IP) address for the monitoring database (**34**);

establishing an IP address for each user device (**32**);

selecting one of the user devices (**32**) in the database;

detecting the presence of either one of a cellular network and a cradle (**48**) connected to the Internet (**36**) by the user device (**32**);

establishing communication over the Internet (**36**) between the monitoring database (**34**) and the selected user device (**32**);

receiving an incident inquiry with the monitoring database (**34**) from the selected user device (**32**);

automatically notifying at least one of a plurality of contacts of the incident via a first notification method through the monitoring database (**34**) in response to receiving the incident inquiry;

and characterized by

receiving the response electronically with the monitoring database (**34**) as one of accepted and not accepted and unresponsive; and

automatically notifying at least one or more of the same contact via a second notification method different than the first notification method through the monitoring database (**34**) as a result of the response by the first notification method being one of not accepted or unresponsive and additional contacts through the monitoring database (**34**) until the response is identified as accepted by one of the contacts.

**17**. The method as set forth in claim **16** wherein the step of automatically notifying the contact is further defined as utilizing at least one of an internet protocol or a public switch telephone network to notify the contact.

**18**. The method as set forth in claim **16** wherein the step of automatically notifying the contact is further defined as transmitting a prerecorded message stored in the monitoring database (**34**) to the contact associated with the selected user device (**32**).

* * * * *

Case 2:24-cv-00605-JRG-RSP   Document 1-1   Filed 10/04/24   Page 32 of 32 PageID #: 37